UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

Tyrone Young,

                                           Plaintiff,

                -against-

CITY OF NEW YORK; Police officer JERMAINE HODGE,
(Shield No. 7795); and JOHN and JANE and DOE 1 through
10, individually and in their official capacities (the names of
John and Jane Doe being fictious, as the true names are
presently unknown),

                                           Defendant.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-4531 (RRM)(RLM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Law Office of Katie Smith<br>*Attorneys for Plaintiff*<br>299 Broadway<br>New York, NY 10007<br>212-285-1980<br><br>By: _____<br>Katherine E. Smith<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendant City*<br>100 Church Street, Rm. 3-158a<br>New York, New York 10007<br><br>By: _____<br>Okwede Okoh<br>*Assistant Corporation Counsel*<br><br>SO ORDERED:<br><br>_____<br>HON. ROSLYNN R. MAUSKOPF<br>UNITED STATES DISTRICT JUDGE |

Dated: New York, New York
            _____, 2014